**Motion Granted and Abatement Order filed, July 19, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-11-01108-CV
_____

**WARREN ALDOUS  AND MICHAEL ALDOUS, Appellants**

**V.**

**ERIC BRUSS, Appellee**

---

**On Appeal from the 405th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 09CV0104**

---

## ABATEMENT  ORDER

This is an appeal from a judgment signed July 22, 2011.  On October 18, 2011, Gail Jalufka, the official court reporter for the 405th District Court, filed four volumes of the reporter's record.  On March 22, 2012, Gail Jalufka filed seven additional volumes of reporter's record, but these volumes are not complete and contain excerpts from the underlying trial.  Appellant Warren Aldous filed his brief on May 30, 2012.  Appellant Michael Aldous filed his brief on June 18, 2012.  After being granted an extension of time, appellee's brief is due August 2, 2012.

On July 13, 2012, appellee filed a motion for extension of time to file his brief, asserting that additional time is necessary because he has requested supplementation of the reporter's record in order to respond to appellants' briefs. We grant the motion and issue the following order:

We **ORDER** the appeal **ABATED** until the supplemental reporter's record has been filed. **Gail Jalufka**, the official court reporter for the 405th District Court, is directed to file the supplemental reporter's record requested by appellee as soon as practicable, or by **August 20, 2012.**

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the supplemental reporter's record is filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion. Appellee's brief will be due on or before thirty days after the appeal has been reinstated.

PER CURIAM